1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 F. JOE YEAGER,                                            CASE NO. 05CV2089-BEN (LSP)

12                                        Plaintiff,         **ORDER DISMISSING PLAINTIFF'S SECOND**
          vs.                                               **AMENDED COMPLAINT WITH**
13                                                          **LEAVE TO AMEND**
     CITY OF SAN DIEGO CALIFORNIA, et al.,
14
                                       Defendants.
15

16

17        On June 5, 2006, the Court dismissed Plaintiff Joe Yeager's First Amended Complaint with

18 leave to amend.  Given that over 140 Defendants were named in the First Amended Complaint, the

19 Court stated that "should Plaintiff elect to file an amended complaint, the Court will screen the

20 complaint pursuant to 28 U.S.C. § 1915(e)(2) before it will be necessary for Defendants to

21 answer."

        Plaintiff has filed a Second Amended Complaint ("Complaint").  The Court has reviewed
22
    Plaintiff's Complaint.  The Court cannot determine whether Plaintiff's Complaint is frivolous or
23
    can be amended to state a claim, because it does not comply with Fed. R. Civ. P. 8.  Rule 8 sets
24
    forth general rules of pleading for the Federal Courts.
25
        The Complaint here does not contain a short and plain statement as required by Fed. R.
26
    Civ. P. 8(a)(2).  Although the Federal Rules adopt a flexible pleading policy, a complaint must
27
    give fair notice and state the elements of the claim plainly and succinctly.  <u>Jones v. Community</u>
28
    <u>Redev. Agency</u>, 733 F.2d 646, 649 (9th Cir. 1984).  The requirement of a short and plain statement

                                              - 1 -                              05cv2089-BEN (LSP)

1    means a complaint must include "sufficient allegations to put defendants fairly on notice of the

2    claims against them." <u>McKeever v. Block</u>, 932 F.2d 795, 798 (9th Cir. 1991).  As it stands, the

3    Complaint is unintelligible and hard to follow.  It is virtually impossible to discern from Plaintiff's

4    Complaint the precise legal theories under which Plaintiff seeks relief.

5         Consequently, Plaintiff's Complaint is **DISMISSED**.  Plaintiff shall have an opportunity to

6    file an amended complaint.  For that amended complaint to be successful, Plaintiff must

7    demonstrate a basis for federal subject matter jurisdiction, must allege separate causes of action,

8    must state a constitutional or statutory basis for each cause of action, and must allege facts

9    showing each defendant's personal involvement in the wrongful act alleged in each cause of

10    action, as well as Plaintiff's harm or injury.  Any amended complaint must be filed no later than

11    **January 5, 2007**.

12         **SO ORDERED**.

13    DATED:  December 5, 2006

14

15                                 Hon. Roger T. Benitez
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28