# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Yeager

               **V.**                **JUDGMENT IN A CIVIL CASE**

San Diego of, et al

                                            **CASE NUMBER:**    05cv2089 BEN(WMC)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court grants with prejudice defendant's motions to dismiss............................................................

| June 4, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | S/J. Hathaway |
|  | (By) Deputy Clerk |
|  | ENTERED ON June 4, 2007 |